McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS ROE,

        Plaintiff,

  v.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

        Defendant.

CASE NO. 2:05-CV-01189-CMK

STIPULATION AND ORDER
RE PRE-FILING
REDACTION OF THE
ADMINISTRATIVE TRANSCRIPT

The parties to the above-referenced action, by and through their undersigned counsel,
with the approval of the Court, hereby stipulate that the record found at transcript page (Tr.) 20
(consisting of an Acknowledgment of Receipt (Notice of Hearing)) of the certified transcript of
the administrative proceedings under review in this action, is a confidential extra-party record
which does not pertain to said administrative proceedings. Accordingly, the parties agree to
redaction of the transcript, whereby Defendant shall remove Tr. 20 from the transcript and file
the transcript in such redacted form.

The parties further stipulate that any review copies of the record found at Tr. 20, provided
to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to
Defendant's counsel of record at the above-captioned address.

The parties further stipulate that the inadvertent inclusion of said record in the

administrative transcript is not and will not be a basis for a claimed error.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this document bearing counsel's original signature for retention in Defendant's case file, amd hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.


DATED:  _11/16/05_                                    _/s/ David Michael Shore_____
                                                     DAVID MICHAEL SHORE
                                                     Attorney at Law

                                                     Attorney for Plaintiff


DATED:  _11/17/05_____                  McGREGOR W. SCOTT
                                            United States Attorney


                                            By: _/s/ Bobbie J. Montoya_____
                                                BOBBIE J. MONTOYA
                                                Assistant U. S. Attorney

                                            Attorneys for Defendant

                        _____oOo_____


                                **ORDER**

**APPROVED AND SO ORDERED.**

**DATED:   November 21, 2005.**


                                _____
                                **CRAIG M. KELLISON**
                                **UNITED STATES MAGISTRATE JUDGE**

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

KATHERINE R. LOO
Assistant Regional Counsel
United States Social
Security Administration